```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ANGELA R. ALLEN, | Civil Action |
| Plaintiff, | No. 16-8064 (JBS-AMD) |
| v. | |
| | **MEMORANDUM OPINION** |
| CAMDEN COUNTY JAIL, | |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiff Angela R. Allen seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff submitted a blank application. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**February 17, 2017**  
Date

s/ Jerome B. Simandle  
JEROME B. SIMANDLE  
Chief U.S. District Judge